UNITED STATES of America, Appellant, v. Myron J. CLIFFORD, Appellee.

No. 7599.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1934.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Mooney & Hoffman, of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellant, v. Wallace C. ROBERSON, Appellee.

No. 7600.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1934.

J. A. Carver, U. S. Atty., E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., and A. L. Freehafer, Atty. Department of Justice, all of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellee, v. Max KELMAN, Appellant.

No. 475.

Circuit Court of Appeals, Second Circuit.

July 9, 1934.

James E. Cuff, of Rochester, N. Y., for appellant.

Richard H. Templeton, of Buffalo, N. Y. (Joseph J. Doran, Asst. U. S. Atty., of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America, Appellant, v. Frank SMARS, Appellee.

No. 7654.

Circuit Court of Appeals, Ninth Circuit.

Oct. 22, 1934.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Asst. U. S. Atty., both of Los Angeles, Cal.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.